IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO R. GUANILL,

        Plaintiff,                    No. CIV S-07-1465 LKK EFB P

     vs.

SAN QUENTIN STATE PRISON,

        Defendant.              <u>ORDER</u>

                              /

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983.

A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

Here, defendant is located in Marin County and the claim arose in Marin County, California which is in the Northern District of California. 28 U.S.C. § 84(a). Therefore, in the

/////

1

1  interest of justice, this action is transferred to the United States District Court for the Northern
2  District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C.
3  Cir. 1974).
4      So ordered.
5  DATED:  September 20, 2007.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE